UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRY DONALD NICHOLSON, JR., | § § § | |
| *Petitioner*, | § § | |
| v. | § § | Case No. 3:21-CV-0501-X-BK |
| DIRECTOR, TDCJ-CID, | § § § | |
| *Respondent*. | § | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 21]. A Texas jury found Petitioner Harry Donald Nicholson, Jr. guilty of aggravated assault and he unsuccessfully appealed his conviction in state court.[1] He then filed this federal habeas application, asserting only one claim for habeas relief: that his "conviction [was] in violation of due process because the evidence [was] legally insufficient.[2] The Magistrate Judge concluded that this claim lacks merit because a reasonable jury could have found that the evidence was sufficient to support Nicholson's conviction.

---

[1] Doc. No. 21 at 2.

[2] Doc. No. 1 at 6.

1

Nicholson filed objections, arguing that "[t]he jury could only speculate whether Nicholson perceived the risk" of his actions that caused the assault.[3] Although Nicholson points to some evidence that he believes contradicts the jury's verdict, he does not counter the Magistrate Judge's conclusion that a reasonable jury could have believed the evidence that ultimately supported the verdict, and that the state presented enough evidence to support the jury's conclusion. Accordingly, the Court **OVERRULES** Nicholson's objections.

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DISMISSES WITH PREJUDICE** the petition.

**IT IS SO ORDERED,** this 21st day of February, 2023.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[3] Doc. No. 22 at 6.